v.

The STATE of Texas, Appellee.

No. 27815.

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

E. B. BOWEN and Norman Greer, Appellants,

v.

The STATE of Texas, Appellee.

No. 27813.

Court of Criminal Appeals of Texas.

Nov. 16, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully placing in a public stream a substance deleterious to fish life for the purpose of attempting to catch fish; the punishment, a fine of $50 and 60 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.